IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE WHITE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 06-01640 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On March 1, 2006, Plaintiff filed this action seeking review of a decision of the Commissioner of the Social Security Administration. A summons was issued on that date, but no proof of service has been filed and no further action has been taken in this case. Because 120 days have elapsed since the filing of this Complaint, Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed for failure to comply with Federal Rules of Civil Procedure 4(m) and 41(b). Plaintiff shall file a written response to this Order by no later than September 1, 2006, and failure to respond to this Order shall result in sanctions, which may include dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE