IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE WHITE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 06-01640 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On August 16, 2006, this Court issued an Order to Show Cause to the Plaintiff directing her to show cause why the case should not be dismissed. Having received Plaintiff's response and because it does not appear that Defendants have been prejudiced by a delay in service, the Order to Show Cause is HEREBY DISCHARGED.

Plaintiff is, however, put on notice that any future failures to comply with the Federal Rules of Civil Procedure, the Northern District's Civil Local Rules, or the Standing Orders of this Court may result in sanctions being imposed, including dismissal of the action if warranted.

**IT IS SO ORDERED.**

Dated: September 1, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE