IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE WHITE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. C 06-01640 JSW

**JUDGMENT**

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in this Court's Order granting plaintiff Sue White's motion for remand, and as necessary to properly complete the original administrative proceedings. This constitutes a final judgment under Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

*Jeffrey S. White*

Dated: August 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE